**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as assignee and subrogee of Parkdale, Incorporated and U.S. Cotton, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>REBECCA BRADSHAW, OMAR NEGRON and ANGEL DAVID ROSEN d/b/a AFFORDABLE PALLET,<br><br>        Defendants. | No.: 1:24-cv-937 |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF,**
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa., hereby states that National Union Fire Insurance Company of Pittsburgh, Pa. is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

                                    **McELROY, DEUTSCH, MULVANEY &**
                                        **CARPENTER, LLP**

By:   /s/ Matthew A. Lipman
       Matthew A. Lipman, Esquire
       1617 JFK Boulevard, Suite 1500
       Philadelphia, Pennsylvania 19103-1815
       Telephone:  (215) 557-2900
       Facsimile:   (215) 557-2990
       mlipman@mdmc-law.com
       *Attorneys for Plaintiff, National Union*

Dated:  May 29, 2024          *Fire Insurance Company of Pittsburgh, Pa.*