IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | CASE NO. 1:24-CV-00937-PAB |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| vs. | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| REBECCA BRADSHAW, *et al.*, | **REPORT & RECOMMENDATION** |
| Defendants. | |

On January 24, 2025, the Court referred Plaintiff's Garnishment Motions (Doc. Nos. 42-43) to the undersigned for a report and recommendation. (Doc. No. 44.)

On January 29, 2025, the Court issued an Order and Notice of Garnishment of Property Other Than Personal Earnings and Answer of Garnishee Form to PNC Bank. (Doc. No. 47.)

PNC Bank returned an Answer of Garnishee stating that it did not have more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under its control and in its possession, and that there were no funds available. (Doc. No. 59.)

On March 18, 2025, Plaintiff filed a Motion to Dissolve Writ of Garnishment as to PNC Bank since PNC's Answer of Garnishee stated that it did not possess any funds subject to garnishment. (Doc. No. 58.)

Having reviewed PNC's Answer of Garnishee stating there are no funds subject to garnishment, the Magistrate Judge recommends the Court dissolve the Writ of Garnishment as to PNC Bank.

Date: March 28, 2025

    *s/ Jonathan Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge

## **OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).