# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of Parkdale, Incorporated and U.S. Cotton, LLC,**

**CASE NO. 1:24-cv-00937-PAB**

                      **Plaintiff,**

**JUDGE PAMELA A. BARKER**

      -vs-

**Magistrate Judge Jonathan D. Greenberg**

**REBECCA BRADSHAW, OMAR NEGRON and ANGEL DAVID ROSEN d/b/a AFFORDABLE PALLET,**

**MEMORANDUM OF OPINION AND ORDER**

                 **Defendants.**

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg (Doc. No. 60), which recommends that the Court dissolve the Writ of Garnishment as to PNC Bank (Doc. No. 47). No objections have been filed. For the reasons that follow, the Report and Recommendation is ACCEPTED.

**STANDARD OF REVIEW**

When objections are made to a Magistrate Judge's Report and Recommendation, the district court reviews the case *de novo*. Federal Rule of Civil Procedure 72(b)(3) provides in pertinent part:

> The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

As stated in the Advisory Committee Notes, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." In *Thomas v. Arn*, 474 U.S. 140, 150 (1985), the Court held, "[i]t does not appear

that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."

**DECISION**

This Court, having reviewed the Report and Recommendation and finding no clear error, accepts the Magistrate Judge's Report and Recommendation.  Plaintiff's Motion to Dissolve Writ of Garnishment as to PNC Bank (Doc. No. 58) is GRANTED.  The Court hereby dissolves the Writ of Garnishment as to PNC Bank (Doc. No. 47) for the reasons stated by the Magistrate Judge in the Report and Recommendation, which is incorporated herein by reference.

**IT IS SO ORDERED.**


　*s/Pamela A. Barker*　　　　　
PAMELA A. BARKER
Date:  April 14, 2025　　　　　　　　U. S. DISTRICT JUDGE

2