IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | ) ) ) | CASE NO. 1:24-CV-00937-PAB |
| Plaintiff, | ) ) | JUDGE PAMELA A. BARKER |
| vs. | ) ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| REBECCA BRADSHAW, *et al.*, | ) ) | **REPORT & RECOMMENDATION** |
| Defendants. | ) | |

On January 24, 2025, the Court referred Plaintiff's Garnishment Motions (Doc. Nos. 42-43) to the undersigned for a report and recommendation. (Doc. No. 44.)

On January 29, 2025, the Court issued an Order and Notice of Garnishment of Property Other Than Personal Earnings and Answer of Garnishee Form to US Bank. (Doc. No. 45.)

That same day, the Court issued a Notice of Garnishment by Clerk to Judgment Debtor of Garnishment of Property Other Than Personal Earnings. (Doc. No. 46.) The Notice informed the Judgment Debtor that any hearing, if requested, was set for February 27, 2025, at 1:00 p.m. (*Id.*)

On February 28, 2025, US Bank returned an Answer of Garnishee stating that it had garnished $1,730.12 from Defendant/Judgment Debtor Bradshaw's account with US Bank and that the funds were being sent to the Court. (Doc. No. 53.)

The Court received no request for a hearing or any objections from Defendant/Judgment Debtor Bradshaw.

On July 7, 2025, Plaintiff filed a Motion for Disbursement/Distribution of Garnished Funds, asking that the Court order that the $1,730.12 garnished by US Bank be distributed to Plaintiff. (Doc. No. 72.)

On August 13, 2025, the Court referred Plaintiff's Motion for Disbursement/Distribution of Garnished Funds to the undersigned for a report and recommendation. (Doc. No. 75.)

1

     Having reviewed US Bank's Answer of Garnishee and having received no request for hearing or other objections from Defendant/Judgment Debtor Bradshaw, the Magistrate Judge recommends the Court GRANT Plaintiff's Motion for Disbursement/Distribution of Garnished Funds (Doc. No. 72).

Date:  August 15, 2025                   *s/ Jonathan Greenberg*
                                                                  Jonathan D. Greenberg
                                                                  United States Magistrate Judge

## **OBJECTIONS**

**Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document.  Failure to file objections within the specified time may forfeit the right to appeal the District Court's order.  *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).**